UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MAYRYAN, L.L.C. DBA BATTELLO RESTAURANT,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendant.

Civil Action No.: 2:18-cv-03612-CCC-CLW

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The claims asserted by and between Plaintiff, Mayryan, LLC dba Battello Restaurant, and Defendant, The Travelers Indemnity Company of America ("Travelers"), in the action entitled *Mayryan, L.L.C. dba Battello Restaurant v. The Travelers Indemnity Company of America*, bearing Civil Action No. 2:18-cv-03612-CCC-CLW, having been amicably resolved by and between the parties;

**IT IS HEREBY STIPULATED AND AGREED** that all claims asserted by and between Plaintiff and Defendant are hereby dismissed with prejudice and without costs against any party.

By: /s/ Keith A. McKenna
Keith A. McKenna, Esq.
**THE MCKENNA LAW FIRM, LLC**
96 Park Street
Montclair, NJ 07042
*Attorneys for Plaintiff*
*Mayryan, L.L.C. Dba Battello Restaurant*

Dated: 6/13/19

By: /s/ Rachel R. Hager
Rachel R. Hager, Esq.
**FINAZZO COSSOLINI O'LEARY MEOLA & HAGER, LLC**
67 East Park Place, Suite 901
Morristown, NJ 07960
*Attorneys for Defendant*
*The Travelers Indemnity Company of America*

Dated: 6/19/19

SO ORDERED

    *s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:   6/18/19